

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00079-CV

**IN RE** Sharayah Williams **STIGGERS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  February 13, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On January 28, 2013, Relator Sharayah Williams Stiggers filed a petition for writ of mandamus.  The court has considered the petition for writ of mandamus and is of the opinion that Stiggers is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-09408, styled *In the Interest of J.L.P., A Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.  However, the order complained of was signed by the Honorable John D. Gabriel, presiding judge of the 131st Judicial District Court, Bexar County, Texas.